UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00252 |
| | ) | JUDGE CAMPBELL |
| BEATRIZ AVILA | ) | |

ORDER

Pending before the Court is the Government's Motion to Dismiss (Docket No. 349). The Government moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the pending Superseding Indictment against the Defendant. The Motion is GRANTED. The Superseding Indictment against Defendant Beatriz Avila is DISMISSED.

All Court hearings are CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE